| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
| | kjacoby@littler.com |
| 2 | RACHAEL LAVI, Bar No. 294443 |
| | rlavi@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East |
| 4 | 5th Floor |
| | Los Angeles, CA 90067.3107 |
| 5 | Telephone: 310.553.0308 |
| | Facsimile: 310.553.5583 |
| 6 | |
| 7 | Attorneys for Defendant |
| | INTERNATIONAL COFFE & TEA, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MICELI, individually and on behalf of herself and all others similarly situated,, | Case No. 15-3865 |
| | JUDGE TBA |
| Plaintiff, | **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |
| v. | |
| INTERNATIONAL COFFE & TEA, LLC, a Delaware limited liability company, | |
| Defendant. | |

NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF DANIELLE MICELI, AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant International Coffee & Tea, LLC ("Defendant" or "Coffee Bean") hereby removes the above-entitled action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

This Removal is based on 28 U.S.C. §§ 1331, 1441 and 1446. This Notice is based upon the original jurisdiction of this Court over the parties under 28 U.S.C. § 1331 and the existence of a federal question herein. In support of its Notice of Removal, Coffee Bean states:

## I.

## PLEADINGS, SERVICE AND PROCEEDINGS

1. On April 10, 2015, Plaintiff Danielle Miceli ("Plaintiff") filed a Class Action Complaint in the Superior Court of the State of California, in and for the County of Los Angeles, which was captioned as follows: DANIELLE MICELI, individually and on behalf of herself and all others similarly situated, Plaintiff, v. INTERNATIONAL COFFEE & TEA, LLC, a Delaware limited liability company, Defendants, designated as Case No. BC578224 ("Complaint"). Plaintiff also filed a Notice of Related Cases with her Complaint. True and correct copies of the Complaint and Notice of Related Cases, served on Coffee Bean on are attached hereto as Exhibit A.

2. Plaintiff's Complaint alleges purported causes of action against Coffee Bean for: (1) violation of the Fair Credit Reporting Act ("FCRA") sections 1681b(b)(2)(A) and 1681d(a); (2) Violation of the California Consumer Credit Reporting Agencies Act ("CCRAA") section 1785.20.5(a); and (3) Violation of the California Investigative Consumer Reporting Agencies Act ("ICRRA") section 1786.16(b).

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

NOTICE OF REMOVAL  1

3. On May 21, 2015, Coffee Bean filed and served an answer to Plaintiff's Complaint. A true and correct copy of Coffee Bean's Answer is attached hereto as Exhibit B.

4. Also on May 21, 2015, Coffee Bean filed and served a motion under California Code of Civil Procedure section 170.6 peremptorily challenging Judge Kenneth Freeman's assignment to the matter for all purposes. True and correct copies of Coffee Bean's Motion for Peremptory Challenge, Declaration of Keith A. Jacoby, and Proposed Order are attached hereto as Exhibit C.

5. Pursuant to 28 U.S.C. § 1446(d), the attached exhibits constitute all the process, pleadings and orders served upon Coffee Bean or filed or received in this action by Coffee Bean.

## II.

## FEDERAL QUESTION JURISDICTION EXISTS

6. This Court has original jurisdiction over this matter because it arises under the laws of the United States. 28 U.S.C. § 1331.

7. "The district courts shall have original jurisdiction of all actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331. In deciding whether a suit arises under federal law, the district court must abide by the "well-pleaded complaint" rule, under which a suit arises under federal law only when the plaintiff's statement of his own cause of action shows that it is based on federal law. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

8. This case plainly arises under federal law. Plaintiff's Complaint refers to and arises out of alleged violations of a federal statute, the FCRA, 15 U.S.C. §§ 1681 et seq. Specifically, Plaintiff's Complaint asserts that Coffee Bean violated the FCRA by allegedly (i) failing to give Plaintiff and the purported class a clear and conspicuous disclosure in a stand-alone document that a consumer report may be obtained; (ii) failing to clearly and accurately disclose, in writing, that an investigative consumer report may be made; (iii) failing to inform Plaintiff and the purported class

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

NOTICE OF REMOVAL                    2.

of their right to request additional disclosures provided for under section 1681d(b); and (iv) failing to provide Plaintiff and the purported class with a summary of their rights under the FCRA.  (*See* Exhibit A (Complaint) at ¶¶ 36, 38, 41.)

9. All other claims for relief under various California statutory and common laws are within the supplemental jurisdiction of this Court under 29 U.S.C. § 1367(a), because they are so related to the FCRA claims that they form part of the same case or controversy under Article III of the United States Constitution.  Plaintiff's other state law claims are all derivative of her FCRA claim since they "derive from a common nucleus of operative fact and are such that a plaintiff would ordinarily be expected to try them in one judicial proceeding." *Kuba v. 1-A Agric. Ass'n*, 387 F. 3d 850, 855 (9th Cir. 2004).  Jurisdiction is thus appropriate for all of Plaintiff's claims that are transactionally related to the federal claim.

### III.

### TIMELINESS OF REMOVAL

10. This Notice of Removal is timely in that it has been filed within 30 days of the service of the Complaint on April 23, 2015.  *See* 28 U.S.C. § 1446(b).

### IV.

### VENUE

11. The action is pending in the Superior Court of California for the County of Los Angeles.  Venue properly lies in the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1391(a) and 1441(a).

### V.

### NOTICE TO PLAINTIFF AND STATE COURT

12. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Central District of California, written notice of such filing will be given by the undersigned to Plaintiff's counsel of record.  In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the County of Los Angeles, California.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

NOTICE OF REMOVAL                3.

## VI.

## CONCLUSION

13. WHEREFORE, Defendant now prays that the above-entitled action now pending against Defendant in the Superior Court of the State of California, County of Los Angeles, should be removed therefrom to this Court.

Dated: May 21, 2015

/s/ Rachael Lavi
KEITH A. JACOBY
RACHAEL LAVI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
INTERNATIONAL COFFE & TEA, LLC

Firmwide:133598731.1 043371.1046

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

NOTICE OF REMOVAL                4.